DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS EARL ROBERTSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1524

[June 7, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2019-CF-0069590BXXX-MB.

Daniel S. Lewin of The Lewin Law Firm, PLLC, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and MaryEllen M. Farrell, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.  See Maxwell v. State*, 185 So. 3d 702 (Fla. 4th DCA 2016).

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***